UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DEVONTE LUNSFORD | ] | |
|---|---|---|
| Movant, | ] | |
| | ] | |
| v. | ] | No. 3:14-0874 |
| | ] | CHIEF JUDGE HAYNES |
| UNITED STATES OF AMERICA | ] | |
| Respondent. | ] | |

## O R D E R

Before the Court is a *pro se* prisoner motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence. (Docket Entry No.1)

After a review of the motion, the Court concludes that the Movant has stated at least one colorable claim, ineffective assistance of counsel for relief. Rule 4(b), Rule --- § 2255 Cases.

Accordingly, the United States Attorney for this judicial district shall file an answer, plead or otherwise respond to the motion in accordance with Rule 5, Rules --- § 2255 Cases, within sixty (60) days from the date of entry of this Order.

It is so **ORDERED**.

**ENTERED** this the 2nd day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court