UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEVONTE LUNSFORD, ) | |
| ) | |
| Movant, ) | |
| ) | No. 3:14-00874 |
| v. ) | Senior Judge Haynes |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# ORDER

In accordance with the Memorandum filed herewith, Respondent's motions to dismiss (Docket Entry Nos. 11 and 23) are **GRANTED**, and Movant's motions to vacate, set aside, or correct sentence (Docket Entry Nos. 1 and 21) are **DENIED**. The Court **DECLINES** to issue a Certificate of Appealability under 28 U.S.C. § 2253(c).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 10 day of January, 2017.

WILLIAM J. HAYNES, JR.
Senior United States District Judge